# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### U.S. Probation / Pretrial Services

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

August 23, 2007

Honorable Jimm Larry Hendren
Chief United States District Judge
35 East Mountain Street, Suite 559
Fayetteville, AR 72701

RE: **CARRILLO-ESPINOSA, Marco Antonio**
Dkt. No. 5:03CR50012-001
<u>Violation Report</u>

Dear Judge Hendren,

This is to seek the Court's guidance in the matter of supervision in this case. On July 31, 2003, Marco Antonio Carrillo-Espinosa was sentenced by Your Honor to 30 months imprisonment and a 3 year term of supervised release for illegal reentry into the United States after deportation subsequent to an aggravated felony conviction. Carrillo-Espinosa was released from the Bureau of Prisons on January 5, 2005 and subsequently deported to Mexico.

On August 17, 2007, Carrillo-Espinosa was arrested in Springdale, Arkansas on a new charge of obstruction of governmental operations. According to ICE, Carrillo-Espinosa was recognized by local law enforcement from previous arrests/contacts and aware that he had previously been deported. ICE agents immediately made contact with Carrillo-Espinosa and made positive identification. At this time, ICE has filed a detainer and presenting these new facts to the U.S. Attorney's Office. It is anticipated that Carrillo-Espinosa will be charged by a criminal complaint with illegal reentry into the U.S. and will have an initial appearance in U.S. District Court in the near future. It is our recommendation that we continue to monitor Carrillo-Espinosa's status regarding a new federal charge and the Court take no action regarding revocation and instead include the alleged violation as part of the sentencing should Carrillo-Espinosa in fact be indicted.

Should the Court require further information or prefer to handle this matter differently, please advise.

CARRILLO-ESPINOSA, Marco Antonio
Violation Report
Page 2

Respectfully,

*Michael K. Scott*
Michael K. Scott
U.S. Probation Officer

Reviewed by

*William E. Dunn, Jr.*
William E. Dunn, Jr.
Supervising U.S. Probation Officer

✓ Pursue Course of Action as Stated

___ Submit Petition for Violation

___ Other _____

_____  8/28/07
Honorable Jimm Larry Hendren          Date
Chief U.S. District Judge

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 28 2007

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK